**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2407**

REGINALD EVANS,

Plaintiff - Appellant,

v.

CAROLINA RICHARDSON, Treasurer for Sumter County South Carolina; SUMTER COUNTY, South Carolina; YOLANDA JEFFERSON, Agent of Sumter County, SC; KRISTI FISHER CURTIS,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:16-cv-03202-JFA)

Submitted:  April 21, 2020                                      Decided:  April 27, 2020

Before AGEE and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Reginald D. Evans, Appellant Pro Se. James M. Davis, Jr., LINDEMANN, DAVIS & HUGHES, PA, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald D. Evans seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2018) complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on October 9, 2019. Evans filed the notice of appeal on December 5, 2019. Because Evans failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2